

FASULO GIORDANO & DI MAGGIO, LLP
ATTORNEYS AT LAW

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

November 12, 2025

Hon. Mary Kay Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2025

*Re:    United States v. Henry McPhatter*
       *Case No.: 24 Cr. 287*

Dear Judge Vyskocil,

     I represent Henry McPhatter, who was previously sentenced before Your Honor. Prior to his sentencing, Mr. McPhatter's passport documents were surrendered to Pre-Trial Services.

     In September, Mr. McPhatter completed his term of imprisonment, and he now requests that his passport booklet and passport card be released to my law firm. Accordingly, pursuant to Pre-Trial Services' protocol, I respectfully ask the Court order Pre-Trial Services to return the passport booklet and passport card to me, or to a member of my law firm.

     I thank the Court for its consideration.

Respectfully submitted,

GRANTED.

SO ORDERED.

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

Date:   12/19/2025
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

Cc:    AUSA (Via ECF)