

**FASULO GIORDANO & DI MAGGIO, LLP**

**ATTORNEYS AT LAW**

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2026

Hon. Mary Kay Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street
New York. New York 10007

April 14, 2026

**Re:    *United States v. Henry McPhatter***
**Case No.: 24 Cr. 287 (MKV)**

Dear Judge Vyskocil,

I was previously assigned, pursuant to the Criminal Justice Act, to represent Henry McPatter. For the reasons stated herein, I respectfully request a modification of Mr. McPhatter's conditions of supervised release so that he may travel abroad with his family.

On January 28, 2025, Mr. McPhatter was sentenced by this Court to 6 months' imprisonment and 3 years of supervised release. To date, he has had no issues while under supervision.

Mr. McPhatter would like to travel to Aruba with his wife for their Anniversary. He requests authorization to fly out on May 1, 2026, stay at a resort in Aruba, and return on May 4, 2026. Both the flight and resort details have been previously provided to the Government and Probation. If approved, he would provide a complete itinerary to Probation prior to leaving and be available by cellphone during the trip.

The Government defers to Probation, and Probation has no objection to this request.

We thank the Court for its consideration.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.

Cc:    AUSA (via ECF)

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566 – 6213
Fax (212) 566 – 8165

Page 1 of 1

**Granted. SO ORDERED.**

Date: 4/20/2026
New York, New York

Mary Kay Vyskocil
United States District Judge